IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bonita Dale Fuller | ) | Case No. 15-10497 |
| | ) | |
| Debtor, | ) | Chapter 13 |

### MOTION TO DISMISS CHAPTER 13 BANKRUPTCY CASE

**COMES NOW** the undersigned and for his Motion to Dismiss Chapter 13 Bankruptcy

Case states as follows:

1.        Debtor filed for relief under Chapter 13 on October 9, 2015.

2.        Debtor was involved in a fatal motor vehicle accident on December 31, 2017.

**WHEREFORE**, the undersigned counsel prays this Honorable Court dismiss case

number 15-10497.

Respectfully Submitted,

/s/ John A. Loesel
John A. Loesel, Bar #63041MO
Lichtenegger Law Firm
2480 East Main Street
Jackson, Missouri 63755
Ph: 573-243-8463
Fx: 573-243-3946
johnloesel@semolawfirm.com
ATTORNEYS FOR DEBTOR

\\SERVER01\ProLaw Live\Documents\Fuller, Bonita\18590\181470.doc

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on January 3, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on January 3, 2018.

Huckstep Body & Paint Shop, 1325 N. Kingshighway, Cape Girardeau, MO 63701

Merchantile Adjustment Bureau, LLC, PO Box 9016, Buffalo, NY 14221

Millsap & Singer, PC, 612 Spirit Dr., Chesterfield, MO 63005

Missouri Department of Revenue, PO Box 385, Jefferson City, MO 65105-0385

Missouri Department of Revenue, PO Box 371, Jefferson City, MO 65105

Nelnet, 3015 S. Parker Rd., Ste. 400, Indianapolis, IN 46240

Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541

Rise, PO Box 101808, Fort Worth, TX 76109

Santander Consumer USA, 5201 Rufe Snow Drive, North Richland Hills, TX 76180

Select Portfolio Servicing, Inc, 3815 West Temple, Ste 2000, Salt Lake City, UT 84115

US Bank Reserve Line, PO Box 5227, Cincinnati, OH 45201

s/s John Loesel

John Loesel